SAMUEL JONES, Appellant, *v.* CARLISLE NORWOOD, Respondent.

(Argued April 14, 1876; Decided April 25, 1876.)

*Hamilton Odell* for the appellant.

*Carlisle Norwood, Jr.,* for the respondent.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.

---

BAILEY HASCALL, Respondent, *v.* THE LIFE ASSOCIATION OF AMERICA, Appellant.

(Argued April 17, 1876; decided April 25, 1876.)

REPORTED below, 5 Hun, 151.

*Carlisle Norwood, Jr.,* for the appellant.

*John E. Parsons* for the respondent.

Agree to affirm on opinion of court below.
All concur.
Judgment affirmed.